# CERTIFICATE
*ATTESTATION*

**The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,**
*L'autorite soussignee a I'honneur d'atiesier conformiment 'a l'article 6 de ladite Convention.*

**1) that the document has been served ***
*1. que la demande a execute*
**-the (date)** *-le (date)* Aug 8/2012 T- 1:30pm
**-at (place, street, number)** *-a (loralni. rue numbo)* 300-1001 Corydon Ave, W/G, MB Canada.

**--in one of the following methods authorized by article 5-**
*--ons une desjormes suivanies privues it l'article 5*

☑ **(a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.**
*a) selon les formes agales (artirle 5. alinea premier, letire a)*

☐ **(b) in accordance with the following particular method:**
*b) selon lojorme particuliere suivante:* __________

☐ **(c) by delivery to the addressee, who accepted it voluntarily.***
*c) par remijesiniple*

**The documents referred to in the request have been delivered to:**
*Les documents mentionnes dans la demande ont ete remis a*

***-(identity and description of person)***
*-fidentai ei qualit; de la pervonne)*
Martin Weinberg Drivers Licence photo ID.

**-relationship to the addressee family, business or other**
*-liens de parente de subordination ou outres. avec le desitruirqire de l'acte*
X [signature] CEO/President, Canterbury Park.

**2) that the document has not been served, by reason of the following facts*:**
*2. que la demande ri'a pas ete executee, en raison des faits suivants:*

__________

__________

**In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in The attached statement***
*Conformement a I'article 12. alinea 2, de ladite Convention, le requerant est prie de payer ou de rembourser les frais dont le detail figure au memoire ci-joint.*

**Annexes**
*Annexes*

**Documents returned:**
*pieces renvoyees*

__________

__________

__________

**In appropriate cases, documents establishing the service:**
*Le cas echeant, les documents justificatifs de 1'execution:*

__________

__________

Done at Winnipeg, MB, the 8 August/2012
*Fait 'a* , *le*

Signature and/or stamp.
*Signature et/ou cachet*
[signature] SOTP 45871
(26km) Rabindran Vicknarajah.

U.S. Department of Justice
United States Marshals Service

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

*DEMANDE*
*AUX FINS DE SIGNIFICATION OU DE NOTIFICATION A L'ETRANGER*
*D'UN ACTE JUDICIAIRE OU EXTRAJUDICIAIRE*

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative 'a la signification et 'a la notification 'a l'etranger des actes judiciaires ou extrajudiciaires en matiere civile ou commerciale, signgee 'a La Haye, le 15 Novembre 1965.*

| Identity and address of the applicant<br>*Identite et adresse du requerant* | Address of receiving authority<br>*Adresse de l'autorite destinataire* |
|---|---|
| Kimberley Hanks McGair, OSB #984205<br>Farleigh Wada Witt<br>121 SW Morrison Street, Suite 600<br>Portland, Oregon 97204-3136 | |

**The undersigned applicant has the honour to transmit-in duplicate-the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e., (identity and address)**

*Le requerant soussigne a l'honneur de faire parvenir-en double exemplaire-a l'autorite destinataire les documents ci-dessous enumeres. en la priant conformement a l'article 5 de la Convention precitee, d'en faire remettre sans remettre un exemplaire au destinataire, savoir: (identite et adresse)* Canterbury Park Capital L.P., 1001 Corydon Ave., Ste. 300, Winnipeg, Manitoba R3M 0B6

☒ (a) in accordance with the provisions or sub-paragraph (a) of the first paragraph of article 5 of the Convention.*
*a) selon les formes legales (article 5 alinea premier, lettre a).*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5)*:
*b) selon la forme particuliere suivante (article 5, aline'a premier,* lettre b) :

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of article 5)*:
*c) le cas echeant, par remise simple (article 5, alinea 2).*

**The authority is requested to return or to have returned to the applicant a copy of the documents-and of the annexes--with a certificate• a provided on the reverse side.**
*Cette autorite est priee de renvoyer ou de faire renvoyer au requerant un exemplaire de l'acte-et de ses annexes -avec l'attestation figurant au verso.*

List of documents
*Enumuration der pieces*

Summons
Complaint
Scheduling Order

Done at Portland, OR, the ~~9th~~ 13th of July 2012
*Fait 'a , le*

Signature and/or stamp
*Signature et/ ou cachet*
[signature]

*Delete if inappropriate
*Rayer les mentions inutiles.*

USM Form 94
Est. 11/77, Automated 11/00
(Formerly OBD-116, which was formerly LAA-116, both of which may still be used)

# SUMMARY OF THE DOCUMENT TO BE SERVED
*ELEMENTS ESSENTIELS DE L'ACTE*

**Convention on the service abroad of judicial and extrajudicial documents In civil or commercial matters, signed at The Hague, November 15, 1965.**

*Convention relative 'a la signification e t a la notfrarion ~ l'e'stranger ties acres judiciaries et extrajudiciaries en matiere civile ou commerciale, signgee a La Haye, le 15 Novembre 1965.,*

**(article 5, fourth paragraph)**
*(article 5. alinea 4)*

**Name and address of the requesting authority:**
Nom ei addressee tie l'autorite requirante:

Kimberley Hanks McGair, Farleigh Wada Witt, 121 SW Morrison St., Ste 600, Portland, OR 97204-3136

**Particulars of the parties:**
Identite des parties:

## JUDICIAL DOCUMENT
*ACTE JUDICIA IRE*

**Nature and purpose of the document:**
*Nature et obiet tie I'acte-*

Summons and Complaint initiating Civil Lawsuit

**Nature and purpose of the proceedings and, where appropriate, the amount in dispute:**
*Nature et objet de l'instance le cas echeant le montant du litige:*

Resolve Corporate Deadlock

**Date and place for entering appearance-**
*Date el lieu de la comparution:*

21 days after date of service at the US District Court for the District of Oregon, Portland, OR, United States of America

**Court which has given judgment**:**
*Juridiction qui a rendu la decision:*

N/A

**Dale of judgment**:**
*Date de /a decision:*

N/A

**Time limits stated in the document**:**
*Indication des delias figurant dans l'acte:*

21 days from the date of service

## EXTRAJUDICIAL DOCUMENT
*ACTE EXTRAJUDICIAIRE*

**Nature and purpose of the document:**
*Nature et objet l'acte:*

**Time limits stated in the document:****
*Indication des delias figurant dans l'acte:*

AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Oregon

| | | |
|---|---|---|
| ALLEGRO CORPORATION, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 3:12-cv-01001-HZ |
| CANTERBURY PARK CAPITAL L.P., et al. | ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Canterbury Park Capital L.P.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Kimberley Hanks McGair
Farleigh Wada Witt
121 SW Morrison Street, Suite 600
Portland, OR 97204-3136

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Da

UNITED STATES DISTRICT COURT DISTRICT OF OREGON

**MARY L. MORAN, Clerk of Court**

Date: 06/11/2012

**By: s/Elizabeth C. Potter, Deputy Clerk**

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:12-cv-01001-HZ

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* ______________________
was received by me on *(date)* ______________ .

❒ I personally served the summons on the individual at *(place)* ______________________
______________________ on *(date)* ______________ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______________
______________________ , a person of suitable age and discretion who resides there,
on *(date)* ______________ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______________________ , who is
designated by law to accept service of process on behalf of *(name of organization)* ______________
______________________ on *(date)* ______________ ; or

❒ I returned the summons unexecuted because ______________________ ; or

❒ Other *(specify)*:

My fees are $ ________ for travel and $ ________ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: ______________

______________________
*Server's signature*

______________________
*Printed name and title*

______________________
*Server's address*

Additional information regarding attempted service, etc: